UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-0249-APG-VCF |
| Plaintiff, | |
| vs. | O R D E R |
| CARLOS ENRIQUE GARCIA, | |
| Defendant. | |

On June 19, 2013, the Court received the two attached hand-written letters (subsequently translated) from Defendant Carlos Enrique Garcia. *Ex parte* contact with the Court is not permitted. To the extent any party wishes some action to be taken based upon the contents of the letters, the appropriate motion should be filed.

DATED this 20th day of June, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1

My name is Carlos Enrique Garcia.

Good Morning your Honor, thank you for taking the time to read my letter. I have been incarcerated for one year. I feel terrible because I have not been able to see my children and I am afraid that something can happen to my son Giancarlo Garcia Murillo in Mexico, because his mother sent him there without my authorization and because she knows my life is in danger in Mexico. I am extremely afraid something may happen to him because he is my son. Truly, your Honor, I really regret having committed a wrong in this country and I am willing to do whatever is necessary to return to my children, my mother and my brothers and my wife abandoned me and she is the love of mi life to me and I feel extremely stressed because I have not been able to speak with her to find out how are my children. She is with a man and I know they sell so many drugs because a cousin of mine introduced him to her and my cousin knows this people to well because he works for Ismael "El Mayo" Zambada; and he passes the children too! The truth I cannot stay in Mexico because there are persons there who want me dead besides, we don't have a house and he followed my mother once and asked her about me because they are saying I stole money, which is not true. Besides, there is someone with my same name and last name in Mexico and he has a warrant; but I am not that person because that person is older than I. And if I leave this country it would mean a faster dead because any person who comes out of prison in Mexico, is investigated by the police and the people who want to take my life are very well connected with the police in Mexico. I need to speak with the Marshals in person. I need help. I feel really bad because I cannot stop thinking about what could happen to me in Mexico and I would leave my children destitute who are what I love most in life.

Thank you

Carlos Enrique Garcia

Case # 2:12-cr-00249-JCMRJJ

06/16/13

Your Honor,

I am sorry to bother you. Mother's eye sight is ill, among other things, but since my mother doesn't have enough money to undergo any testing, she doesn't know exactly what is wrong, I also have a sister with a debilitation similar to mine but mine was a result of an accident.

Here in N.S.D.C in Pahrump, NV. my disfigured foot has not been treated properly since I been incarcerated.

I was taken to ha hospital in North Las Vegas but they didn't do anything for me. The same here; I was taken to get some orthopedic shoes and instead of helping me walk, they injured my right foot more and I think they were not the right shoes they were supposed to give me and I it had continue. As a matter of fact it has been swollen lately. Here they only tell me to ice it when they know I need to see a specialist. The only thing I have been told here at the N.S.D.C in Pahrump is there is nothing they can do.

Well, your Honor sorry to bother you and for not been able to express myself in a better way. I'll await your response.

Thank you very much


Carlos Enrique Garcia

Case # 2:12-cr-00249-JCM-RJJ

RECEIVED
CHAMBERS OF
JUN 18 2013
JAMES C. MAHAN
U.S. DISTRICT JUDGE

Mi nombre es Carlos Enrique Garcia Buenos dias Señor Juez, Gracias por el tiempo que se toma para leer mi carta tengo un año privado de mi liberta me siento demasiado mal por que no he mirado a mis hijos y tengo miedo que a mi hijo Giancarlo Garcia Murillo le pueda pasar algo en mexico por la madre de mi hijo lo mando sin mi consentimiento y por que ella sabe que mi vida corre peligro en mexico tengo demasiado miedo que le pueda pasar algo por ser hijo mio la verdad Señor Juez estoy bien arrepentido de haberle faltado a este pais y estoy dispuesto hacer lo que sea por volver estar con mis hijos, mi madre y hermanos, y mi esposa me avandono y ella para mi es el amor de mi vida y me siento demasiado estresano por el motivo que no he podido hablar con ella para saber de mis hijos y con el hombre que esta yo se que venden mucha droga por que un primo mio se lo presento y mi primo conose muy bien a esa Jente porque trabajan para Ismael "el mayo" Zambada y pasa los hijos tambien! la verdad yo no puedo estar en mexico por el motivo de hay personas que me quiere muerto aparte que no tenemos casa y ha mi madre una vez la anduvo siguiendo y le pregunto por mi por que dicen que yo me robe un dinero cosa que no fue verdad, aparte hay una persona que tiene mi mismo nombre y apellido en mexico y tiene orden de arresto pero yo no soy esa persona por que esa persona tiene mas edad que yo y si salgo de este pais seria mas rapida muerte por que a toda persona que sale de prisión en mexico la policia lo investiga a uno y las personas que quieren quitarme la vida estan bien relacionados con la policia de mexico. necesito hablar con los marschall en persona necesito ayuda me siento bien mal por que no dejo de pensar en lo que me va a pasar en mexico y dejaria desamparados a mis hijos que son los que mas quiero en la vida. Gracias

Carlos Enrique Garcia
#Case: 2:12-Cr-00244-JCM-RJJ

6-16-13

Señor Juéz disculpe mis molestia, tengo a mi madre enferma de la vista tambien de otras cosas pero come mi madre no tiene el suficiente dinero para haserce examene por ese motivo no sabe bien lo que tiene, tambien tengo una hermana con desavilitación al igual yo pero lo mio fue producto de un accidente y aqui en N.S.D.C de Pahrump, NV. no me han atendido bien de mi pie que tengo desfigurado, desde que fui privado de mi libertad en north las vegas me llevaron a un hospital pero no me hicieron nada, al igual aqui me llevaron para que me hicieran unos zapatos ortopedicos y en vez de que me ayudaran para caminar me afectaron mas pie derecho y yo pienso que no son los zapatos que me tenían que haber dado y tambien se me habre de seguido de hecho en estos dias lo he tenido un poco hinchado y aqui nomas me dicen que me ponga hielo y ellos saben que necesito que me mire un especialista pero lo unico que me han dicho que aqui en N.S.D.C de Pahrump, NV. no me pueden hacer nada.

Bueno Señor Juéz disculpe por las molestias y por no saber explicarme de una mejor manera espero su respuesta

Muchas Gracias.

Carlos Enrique Garcia
#Case: 2:12-cr-00249-JCM-RJJ